5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 SEBASTIAN GREGERSON,
 a/k/a Abdurrahman Bin Mikaayl,

    Defendant.
_____/

Case:2:16-cr-20552
Judge: Tarnow, Arthur J.
MJ: Patti, Anthony P.
Filed: 08-11-2016 At 04:23 PM
INDI USA v. GREGERSON (SO)

VIO:  26 U.S.C. § 5861(d)
       18 U.S.C. § 842(a)(3)(A)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

(26 U.S.C. § 5861(d) – Unregistered Possession of a Destructive Device)

On or about July 31, 2016, in the Eastern District of Michigan, Southern Division, SEBASTIAN GREGERSON, a/k/a ABDURRAHMAN BIN MIKAAYL, the defendant herein, knowingly received and possessed destructive devices, as defined in Title 26, United States Code, Section 5845(f), to wit, M67 fragmentary grenades, which destructive devices were not registered to him in the

National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861 (d) and 5871.

## COUNT 2

(18 U.S.C. § 842(a)(3)(A) – Unlicensed Receipt of Explosive Materials)

On or about July 31, 2016, in the Eastern District of Michigan, Southern Division, SEBASTIAN GREGERSON, a/k/a ABDURRAHMAN BIN MIKAAYL, the defendant herein, not being a licensee or permittee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly received explosive materials, to wit, approximately twenty-six ounces of Composition B, a combination of the high explosives TNT and RDX, in violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a).

## FORFEITURE ALLEGATIONS

(18 U.S.C. §§ 844(c), 981(a)(1)(C), 26 U.S.C. § 5872 and 28 U.S.C. § 2461)

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 844(c), 981(a)(1)(C), 26 U.S.C. § 5872 and 28 U.S.C. § 2461.

2. As a result of the violations of Title 18, United States Code, Section 842(a)(3)(A) (unlicensed receipt of explosive materials) and Title 26, United States Code, Section 5861(d) (unregistered possession of a destructive device), as set

forth in Counts One and Two, defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to those violations, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. §2461; and any property involved in or used or intended to be used in violations of 18 U.S.C. § 842(a)(3)(A) and/or 26 U.S.C. § 5861(d).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), if the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    i. cannot be located upon the exercise of due diligence;

    ii. has been transferred or sold to, or deposited with, a third party;

    iii. has been placed beyond the jurisdiction of the Court;

    iv. has been substantially diminished in value; or

    v. has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek to forfeit any other property of the defendants up to the listed value.

                                    THIS IS A TRUE BILL

                                    *s/Grand Jury Foreperson*
                                    GRAND JURY FOREPERSON

BARBARA L. McQUADE
United States Attorney


*s/Cathleen M. Corken*
CATHLEEN M. CORKEN
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: (313) 226-9100


Date: August 11, 2016

ORIGINAL

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case:2:16-cr-20552<br>Judge: Tarnow, Arthur J.<br>MJ: Patti, Anthony P. |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp  Filed: 08-11-2016 At 04:23 PM
INDI USA v. GREGERSON (SO)

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _CMC_ |

**Case Title:** USA v. Sebastian Gregerson, a/k/a Abdurrahman Bin Mikaayl

**County where offense occurred:** Monroe County, Michigan

**Check One:**   ☒ Felony       ☐ Misdemeanor       ☐ Petty

    ____Indictment/____Information — no prior complaint.
    ✓ Indictment/____Information --- based upon prior complaint [Case number: 16-mj-30339     ]
    ____Indictment/____Information — based upon LCrR 57.10 (d) *[Complete Superseding section below].*

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 11, 2016
      Date

*/s/ Cathleen M. Corken/*
CATHLEEN M. CORKEN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9100
Fax:   (313) 226-4678
E-Mail address: cathleen.corken@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.