

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 SEBASTIAN GREGERSON,
a/k/a Abdurrahman Bin Mikaayl,

        Defendant.

_____/

CRIMINAL NO: 16-cr-20552

HON. ARTHUR J. TARNOW

VIO: 18 U.S.C. § 844(d)
26 U.S.C. § 5861(d)
18 U.S.C. § 842(a)(3)(A)

FILED DEC -1 P 3:23
U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

## FIRST SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

(18 U.S.C. § 844(d) – Receipt of Explosive Materials With Intent To Harm)

On or about July 31, 2016, in the Eastern District of Michigan, Southern Division, SEBASTIAN GREGERSON, a/k/a ABDURRAHMAN BIN MIKAAYL, the defendant herein, received, in interstate commerce, explosive materials, to wit, approximately twenty-six ounces of Composition B, a combination of the high explosives TNT and RDX, with knowledge and intent that said explosive materials

would be used to kill, injure, and intimidate a person and to unlawfully damage and destroy property, in violation of Title 18, United States Code, Section 844(d).

## COUNT 2

(26 U.S.C. § 5861(d) – Unregistered Possession of a Destructive Device)

On or about July 31, 2016, in the Eastern District of Michigan, Southern Division, SEBASTIAN GREGERSON, a/k/a ABDURRAHMAN BIN MIKAAYL, the defendant herein, knowingly received and possessed destructive devices, to wit, M67 fragmentary grenade bodies containing approximately twenty-six ounces of Composition B, a combination of the high explosives TNT and RDX, and grenade fuses, which comprised a combination of parts either designed or intended for use in converting a device into a destructive device, as defined in Title 26, United States Code, Section 5845(f), and from which a destructive device may be readily assembled, and which were not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## COUNT 3

(18 U.S.C. § 842(a)(3)(A) – Unlicensed Receipt of Explosive Materials)

On or about July 31, 2016, in the Eastern District of Michigan, Southern Division, SEBASTIAN GREGERSON, a/k/a ABDURRAHMAN BIN MIKAAYL, the defendant herein, not being a licensee or permittee under the provisions of

Chapter 40 of Title 18 of the United States Code, knowingly received explosive materials, to wit, approximately twenty-six ounces of Composition B, a combination of the high explosives TNT and RDX, in violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a).

## COUNT 4

(26 U.S.C. § 5861(d) – Unregistered Possession of a Destructive Device)

On or about July 31, 2016, in the Eastern District of Michigan, Southern Division, SEBASTIAN GREGERSON, a/k/a ABDURRAHMAN BIN MIKAAYL, the defendant herein, knowingly possessed destructive devices, to wit, 37mm flare rounds and buckshot, which comprised a combination of parts either designed or intended for use in converting a device into a destructive device, as defined in Title 26, United States Code, Section 5845(f), and from which a destructive device may be readily assembled, and which were not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## FORFEITURE ALLEGATIONS

(18 U.S.C. §§ 844, 981, 26 U.S.C. § 5872 and 28 U.S.C. § 2461)

1.  The allegations contained in Counts 1 through 4 of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of

alleging forfeiture pursuant to 18 U.S.C. §§ 844(c), 981(a)(1)(C) and (a)(1)(G), 26 U.S.C. § 5872 and 28 U.S.C. § 2461.

2. Upon conviction of 26 U.S.C. § 5861(d) (unregistered possession of a destructive device), as set forth in Counts 1 and 2 of this Superseding Indictment, defendant shall forfeit to the United States any property involved in such violation(s) pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461.

3. Upon conviction of 18 U.S.C. § 842(a)(3)(A) (unlicensed receipt of explosive materials), as set forth in Count 3 of this Superseding Indictment, defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, and any property involved in or used or intended to be used in such violation, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and (a)(1)(G), and 28 U.S.C. § 2461.

4. Upon conviction of 18 U.S.C. § 844(d) (receipt of explosive materials with intent to harm), as set forth in Count 4 of this Superseding Indictment, defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, and any property involved in or used or intended to be used in such violation, pursuant to 18 U.S.C. §§ 844(c), 981(a)(1)(C) and (a)(1)(G), and 28 U.S.C. § 2461.

5. Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b) and 28 U.S.C. § 2461, if the property described above as being subject to

forfeiture, as a result of any act or omission of the defendant:

    i. cannot be located upon the exercise of due diligence;

    ii. has been transferred or sold to, or deposited with, a third party;

    iii. has been placed beyond the jurisdiction of the Court;

    iv. has been substantially diminished in value; or

    v. has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek to forfeit any other property of defendant up to the listed value.

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON


BARBARA L. McQUADE
United States Attorney

*s/Cathleen M. Corken*
CATHLEEN M. CORKEN
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: (313) 226-9100

Date: December 1, 2016

5

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>16-cr-20552 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Sebastian Gregerson, a/k/a Abdurrahman Bin Mikaayl

**County where offense occurred:** Monroe County, Michigan

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no prior complaint.**
____Indictment/____Information --- **based upon prior complaint** [Case number:                    ]
_✓_Indictment/____Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 16-cr-20552         **Judge:** Arthur J. Tarnow

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| SEBASTIAN GREGERSON a/k/a Abdurrahman Bin Mikaayl | 18 U.S.C. 844(d) | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 1, 2016
Date

*/s/ Cathleen M. Corken*
CATHLEEN M. CORKEN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9100
Fax:     (313) 226-4678
E-Mail address: cathleen.corken@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.