# EXHIBIT U

SG: So you know like if we're talking if we can trade this M-9 for something you know, if we can pick up a few with that, you know

UCE: Yeah

SG: split them up or something

UCE: Yeah, yeah

SG: So

UCE: Yeah sure

SG: Get out of trade like that, you know, facilitating this you know trade or something, you know

UCE: Yeah, well and usually I mean that's where uhh, you know, ▮▮ and I work on the back end of the

SG: Yeah

UCE: Cause you know, I can do a little trade, I can have a little credit running with him, you know

SG: Yeah, yeah

UCE: And that usually pays off or that...you know, pays off uhh

SG: Yeah

UCE: When I need to cash in so

SG: Which you know our conversation the other day uhh, the front towards enemy,* intrigued me

UCE: (Laughs)

SG: So what would you estimate?

UCE: Oh man

SG: What would you estimate?  I'm only talking probably one

UCE: Yeah oh I tell you what, I'd say actually

SG: (unintelligible)

201



* A Claymore mine has "FRONT TOWARD ENEMY" imprinted on it.

UCE: You know, this is funny that you ask because uhh that's where I'm going for me, that's where I'm going to cash in on

SG: Yeah

UCE: Uhh because when I, you know, since we talked and I talked to ▮ and was like "Hey, you know, on the same form on the 581"

SG: Yeah

UCE: "Is this for the front towards enemy plus frags" and I was like "Hey, if we're going there let's just uhh, let's take a dip"

SG: Yeah

UCE: And uhh, so anyway, umm yeah so no secret that this uhh, that kicks it up a notch

SG: Yeah that's a big ticket item but

UCE: It's a big ticket item

SG: What's your ball park? What are you..

UCE: That one's more like...kind of like 250

SG: Ok, yeah that's not bad, I was actually thinking a little bit more but

UCE: Yeah?

SG: That's not bad

UCE: Well here's like thing, like the thing is on uhh...and this where there's a lot of flex in it

SG: Uhh huh

UCE: If there's no standard market price

SG: Yeah (Laughs), it's not standard market

UCE: Right, you know what I mean?

SG: Yeah

UCE: So you can't go...you know there's a street value for pretty much everything, right?

SG: Yeah

UCE: Except for these rare commodities

202

SG: Yeah, these kind of things are not...yeah

UCE: Yeah and so...and where it's actually pretty fortunate for us is like, you know, the current times

SG: Yeah

UCE: That place is uhh...this is a unique moment where they're doing like training rotations and just kind of pump stuff out you know

SG: Yeah

UCE: And this is kind of...this is somewhat of a pretty unique window

SG: Yeah

UCE: Where the

SG: Yeah

UCE: The accountability systems just aren't what they're designed to be

SG: Yeah

UCE: So that's where I'm going, that's where I'm going with this

SG: Because I would uhh, I would be interested in picking maybe one of those

UCE: Yeah, alright

SG: You know and then

UCE: Alright, well

SG: And then you know a few of the others (Laughs)

UCE: Yeah I mean if you still want...you know, I guess we can crunch the numbers and do the math later

SG: Yeah

UCE: I mean if you would be alright with the M-9 and then the cash

SG: We can figure out, yeah, something like that you know

UCE: umm

SG: Float that one out there, see what kind of trade value you can get for that, you know

203

UCE: Yeah, ok

SG: Cause like I said, that's you know...we're talking market value that's five or six right there, five or six hundred so

UCE: Five or six hundred, ok

SG: You know, usually you see them about five fifty maybe closer to six, you know but

UCE: Ok, alright

SG: I mean you can, you know, check it out, you know

UCE: Yeah

SG: Look at the numbers yourself, see what...I don't know I mean this was a couple years ago so

UCE: Yeah

SG: Maybe they've gone up, I don't know

UCE: Yeah

SG: You'll have to take a look

UCE: Well actually

SG: (unintelligible)

UCE: Yeah and last time I...last time I checked about M-9's which was a long time ago (Laughs), a long time ago, and they were starting in the five hundreds then

SG: Yeah

UCE: And that was a long time ago

SG: So I wouldn't be surprised is there starting at six now

UCE: So I would think the value

Right, right, so umm

SG: So it's gotta have some value towards some trades we can get here, you know

UCE: Yeah, ok, alright

SG: (unintelligible) What in the heck, that's a little shady...just saying (Laughs)

UCE: Yeah, I don't there's any garage sales that are open right now

204

SG: It looks new too

UCE: This guy needs to keep walking

*Talking to another guy*

SG: (unintelligible)

UCE: Wow he didn't take long did it

SG: Probably stole it from somebody's yard

UCE: Yeah, right

SG: Taking it to his place or something

UCE: Yeah

SG: Yeah, Detroit's (unintelligible)

UCE: Yeah, I know...I can uhh...what is he going to pop out of this thing?

SG: (unintelligible)

UCE: We can go move down the road here before this guy (unintelligible)
He's doing...he doesn't need to do lawn mower maintenance here

SG: (Laughs)

UCE: Yeah

SG: Look a this guy, is he high or something?

UCE: Yeah, nothing good's going to come from this guy

SG: (Laughs)

UCE: alright we don't need this uhh view either, you want to take a lap around the block or do you want to just call it a night and pick this up?

SG: Let's get out of here

UCE: Yeah let's get out of here, I mean, let's just get out of here...if you want to drop me off, I don't know, what do you want to do?

SG: Ehh

UCE: What other business do we need to talk about? Alright

205

SG: Pushing your luck buddy

UCE: Oh yeah

SG: Standing around like an idiot too long (unintelligible)

UCE: Last thing we need someone to roll up...you know somebody should roll up on this guy, on this clown

SG: (unintelligible) somebody's yard I guarantee it

UCE: Right I know and like I don't need to see this go down, whenever somebody wakes or some cop sees this clown

SG: "What is that guy doing over there?" Yeah

UCE: Yeah

SG: You should call it in, call a tip, distract the cops

UCE: Right

SG: Guy walking down (unintelligible) got a probably stolen lawn mower and a kids bike

UCE: Yeah

SG: Throw them off, right? Give them something to do

UCE: Yeah, yeah

SG: Behind the sign, there he goes he's down (unintelligible)

UCE: Alright

SG: So yeah, I mean, that's...you know, that should have some trade value hopefully, *God willing,* So you know, it's a (unintelligible) what you're looking for

UCE: Yeah

SG: Honestly I was expecting you to throw out a much higher price for that item but that's not bad

UCE: Well the thing is, but here's the problem for...well this is to our favor, is the seller doesn't have a lot of people that are in that market

SG: Yeah that's the other thing too, yeah

206

UCE: Right, so supply and demand, right? That's why it's uhh...not that it's your name your own price thing but there's no norm

SG: Yeah

UCE: to kind of go off of

SG: Negotiate a little bit

UCE: Yeah

SG: (unintelligible)

UCE: So that's uhh, you know, I actually threw out that figure...kind of starting figure and it came back favorable

SG: Nice, that's good, yeah nice

UCE: Yeah cause that's what I figured

SG: Maybe you should've threw out something a little lower (Laughs)

UCE: Yeah, yeah

SG: Maybe you should've started at 150

UCE: Yeah, yeah

SG: See what they...you know

UCE: Well you know but I also kind of wanted to strike while the iron's hot, you know

SG: Yeah, yeah

UCE: Like there's a window here

SG: Yeah, yeah

UCE: You know so and I was like man I don't know how often uhh

SG: Yeah

UCE: I'll be able to cash in on something like this so

SG: So ok, so, let me ask you this...something like that, so we're talking full package, wiring clacker, everything?

UCE: Yeah, they just come with a kit...I mean they come with a carrying bag

207