| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 2686533 | DATE 03/22/2022 |
|---|---|---|---|---|
| **NAME** GREGERSON, Sebastian | **OFFICER** David Smith | | **JUDGE** Terrance G. Berg | **DOCKET #** 16-CR-20552-01 17-CR-20235-01 |

| ORIGINAL SENTENCE DATE 08/30/2017 COMMENCED 10/10/2019 EXPIRATION 10/09/2022 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY I | TOTAL OFFENSE LEVEL 16-20552-01: 21 17-20235-01: 10 | PHOTO |
|---|---|---|---|---|
| **ASST. U.S. ATTORNEY** Jerome F. Gorgon | | **DEFENSE ATTORNEY** To be Determined | | |

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

**16-CR-20552-01**

Count 2: 18 U.S.C. §§ 3571(d) and 5861(d), Unregistered Possession of a Destructive Device

**17-CR-20235-01**

Count 4: 18 U.S.C. § 922(a)(6), Aiding & Abetting a False Statement During the Purchase of a Firearm

**SENTENCE DISPOSITION**

**16-CR-20552-01**

Custody of the Bureau of Prisons for a term of 45 months, to run concurrent with Docket No. 17-20235, to be followed by a 36-month term of supervised release, to run concurrent with Docket No. 17-20235.

**17-CR-20235-01**

Custody of the Bureau of Prisons for a term of 9 months, to run concurrent with Count 2, Docket No. 16-20552, to be followed by a 36-month term of supervised release, to run concurrent with Docket No. 16-20552

Name of Sentencing Judicial Officer: Honorable Arthur J. Tarnow. Cases transferred to the Honorable Terrance G. Berg on March 15, 2022.

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 2686533 | DATE 03/22/2022 |
|---|---|---|---|---|
| NAME GREGERSON, Sebastian | OFFICER David Smith | JUDGE Terrance G. Berg | | DOCKET # 16-CR-20552-01 17-CR-20235-01 |

**ORIGINAL SPECIAL CONDITIONS**

**16-CR-20552-01 and 17-CR-20235-01**

1. The defendant is prohibited from utilizing a computer during the term of supervised release with the exception of and solely for legal research, outside employment, as a specific class assignment in an accredited educational institution or to send or receive typed email messages without attached electronic files or images embedded in the body for a message, or for other uses, as approved in advance by the probation officer.
2. The defendant shall only access the internet through one internet capable device. All other internet capable devices, such as cellular phones and gaming consoles shall not have the internet connected. The defendant is prohibited from accessing any online computer service at any location including, but not limited to public libraries, internet cafes, and places of employment or education without the permission of the probation officer.
3. The defendant shall provide the probation officer with accurate information about all computer systems (hardware/software), all passwords and Internet Service Provider(s), that the defendant has potential access to and abide by all rules of the United States Probation Department's Computer Monitoring Program.  The defendant shall only access a computer approved by the probation officer.  The defendant shall consent to the probation officer conducting periodic, unannounced examinations of all computer systems, which may include computer monitoring software at the defendant's expense.
4. For the purpose of accounting for all computers, hardware, software and accessories, the defendant shall submit his/her person, residence, computer and/or vehicle to a search conducted by the United States Probation Department at a reasonable time and manner.  You shall inform any other residents that the premises and your computer may be subject to a search pursuant to this condition.   The defendant shall provide the probation officer with access to any requested financial information including billing records (telephone, cable, internet, satellite, etc.).

Criminal Monetary Penalties: **16-CR-20552-01**: Special Assessment $100.00 (paid);
**17-CR- 20235-01**: Special Assessment $100.00 (paid).

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Standard Condition No. 10**: "YOU MUST NOT OWN, POSSESS, OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR DANGEROUS WEAPON (I.E., ANYTHING THAT WAS DESIGNED, OR WAS MODIFIED FOR, THE SPECIFIC PURPOSE OF CAUSING BODILY INJURY OR DEATH TO ANOTHER PERSON SUCH AS NUNCHAKUS OR TASERS)." On June 14, 2021, the probation officer became aware that GREGERSON had purchased destructive devices and dangerous weapons. On June 24, 2021, the probation department conducted a court authorized search of GREGERSON's residence and seized the following destructive device/dangerous weapons: |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 2686533 | DATE 03/22/2022 |
|---|---|---|---|---|
| **NAME** GREGERSON, Sebastian | **OFFICER** David Smith | **JUDGE** Terrance G. Berg | | **DOCKET #** 16-CR-20552-01 17-CR-20235-01 |

1. Aardvark Tactical Military Caltrops (road spikes). Lot of 20. Purchased on May 16, 2020, via eBay.
2. Gerber LMF II Survival Knife-Coyote Brown with Sheath And Leg Straps. Purchased on June 21, 2020, via eBay.
3. United Cutlery Ranger Knife UC1445 Tanto Knife "Rangers lead the Way". Purchased on February 16, 2021 via eBay.

**2**   **Violation of Special Condition**: "THE DEFENDANT IS PROHIBITED FROM UTILIZING A COMPUTER DURING THE TERM OF SUPERVISED RELEASE WITH THE EXCEPTION OF AND SOLELY FOR LEGAL RESEARCH, OUTSIDE EMPLOYMENT, AS A SPECIFIC CLASS ASSIGNMENT IN AN ACCREDITED EDUCATIONAL INSTITUTION OR TO SEND OR RECEIVE TYPED EMAIL MESSAGES WITHOUT ATTACHED ELECTRONIC FILES OR IMAGES EMBEDDED IN THE BODY FOR A MESSAGE, OR FOR OTHER USES, AS APPROVED IN ADVANCE BY THE PROBATION OFFICER."

On June 14, 2021, the Federal Bureau of Investigation (FBI) advised the probation officer that GREGERSON had made numerous online purchases on eBay and Amazon, of which the probation officer was unaware. The purchases occurred regularly over the last year, but FBI had only recently become aware of the purchases. The purchases were made in GREGERSON's name, using his home address, his cell phone number, and an email address registered to GREGERSON. PayPal/Venmo accounts were used in several of the purchases. One PayPal/Venmo account was created on May 16, 2020 and has been used in 63 separate sales transactions and a second was created on December 28, 2020, with 33 transactions. Both accounts are registered to GREGERSON. The debit/credit card numbers utilized on the accounts are registered to GREGERSON. Some of the items purchased are considered weapons and countersurveillance tools.

On June 24, 2021, the probation department conducted a court approved search of GREGERSON's residence and vehicle. Seized from the residence were contraband, including several fixed blade knives with sheaths, a pack of road spikes, two bayonets, multiple books on combat and surveillance techniques, additional evidence of online activity, two unauthorized tablet computers, a cellular telephone, and a faraday bag (which is a device that blocks out computer signals so it cannot be seen electronically).

FBI subsequently analyzed these seized devices and found GREGERSON had been utilizing two of the devices. Internet access was consistent from late 2019 until the seizure of the devices in June 2021. Internet use included but was not limited to the following:

-Browsing and purchasing items online, primarily via eBay and Amazon.

-Downloading extremist literature and literature about extremism

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 2686533 | DATE 03/22/2022 |
|---|---|---|---|---|
| NAME GREGERSON, Sebastian | OFFICER David Smith | JUDGE Terrance G. Berg | | DOCKET # 16-CR-20552-01 17-CR-20235-01 |

- The use of internet-enabled dating applications including Blendr, Skout, MeetMe, Grindr, Ashley Madison and Tinder.
- Chatting with other individuals via internet-enabled dating applications.
- Browsing for and viewing images of firearms, ammunition, knives, body armor and other tactical gear via websites and search engines.
- Accessing international and local news and information via websites.
- Accessing pornography via websites and search engines.
- Sending and receiving email.
- Using internet-enabled applications for navigation.
- Using websites to translate text into/from foreign languages.
- Use of internet-enabled financial services including PayPal and Venmo.

3   **Violation of Special Condition**: "THE DEFENDANT SHALL PROVIDE THE PROBATION OFFICER WITH ACCURATE INFORMATION ABOUT ALL COMPUTER SYSTEMS (HARDWARE/SOFTWARE), ALL PASSWORDS AND INTERNET SERVICE PROVIDER(S), THAT THE DEFENDANT HAS POTENTIAL ACCESS TO AND ABIDE BY ALL RULES OF THE UNITED STATES PROBATION DEPARTMENT'S COMPUTER MONITORING PROGRAM.  THE DEFENDANT SHALL ONLY ACCESS A COMPUTER APPROVED BY THE PROBATION OFFICER.  THE DEFENDANT SHALL CONSENT TO THE PROBATION OFFICER CONDUCTING PERIODIC, UNANNOUNCED EXAMINATIONS OF ALL COMPUTER SYSTEMS, WHICH MAY INCLUDE COMPUTER MONITORING SOFTWARE AT THE DEFENDANT'S EXPENSE."

On June 24, 2021, the probation department conducted a court approved search of GREGERSON's residence and vehicle. Seized from the residence were contraband, including several fixed blade knives with sheaths, a pack of road spikes, two bayonets, multiple books on combat and surveillance techniques, additional evidence of online activity, two unauthorized tablet computers, a cellular telephone, and a faraday bag (which is a device that blocks out computer signals so it cannot be seen electronically).

On September 3, 2021, GREGERSON was advised that his computers would be searched and was asked to provide the passwords to the devices. GREGERSON advised that the passwords to the devices were either 1167 or 11767.  According to computer technicians at the FBI. These were not the correct passwords.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 2686533 | **DATE** 03/22/2022 |
|---|---|---|---|---|
| **NAME** GREGERSON, Sebastian | **OFFICER** David Smith | **JUDGE** Terrance G. Berg | | **DOCKET #** 16-CR-20552-01 17-CR-20235-01 |

| 4 | **Violation of Special Condition**: "THE DEFENDANT SHALL ONLY ACCESS THE INTERNET THROUGH ONE INTERNET CAPABLE DEVICE. ALL OTHER INTERNET CAPABLE DEVICES, SUCH AS CELLULAR PHONES AND GAMING CONSOLES SHALL NOT HAVE THE INTERNET CONNECTED. THE DEFENDANT IS PROHIBITED FROM ACCESSING ANY ONLINE COMPUTER SERVICE AT ANY LOCATION INCLUDING, BUT NOT LIMITED TO PUBLIC LIBRARIES, INTERNET CAFES, AND PLACES OF EMPLOYMENT OR EDUCATION WITHOUT THE PERMISSION OF THE PROBATION OFFICER." |
|---|---|
| | On June 14, 2021, the Federal Bureau of Investigation (FBI) advised the probation officer that GREGERSON had made numerous online purchases on eBay and Amazon, of which the probation officer was unaware. The purchases occurred regularly over the last year, but FBI had only recently become aware of the purchases. The purchases were made in GREGERSON's name, using his home address, his cell phone number, and an email address registered to GREGERSON. PayPal/Venmo accounts were used in several of the purchases. One PayPal/Venmo account was created on May 16, 2020 and has been used in 63 separate sales transactions and a second was created on December 28, 2020, with 33 transactions. Both accounts are registered to GREGERSON. The debit/credit card numbers utilized on the accounts are registered to GREGERSON. Of concern, some of the items purchased are weapons and countersurveillance tools. |
| | On June 24, 2021, the probation department conducted a court approved search of GREGERSON's residence and vehicle. Seized from the residence were contraband, including several fixed blade knives with sheaths, a pack of road spikes, two bayonets, multiple books on combat and surveillance techniques, additional evidence of online activity, two unauthorized tablet computers, a cellular telephone, and a faraday bag (which blocks out computer signals so it cannot be seen electronically). FBI subsequently analyzed these seized devices and found GREGERSON had been utilizing two of the devices. Internet access was consistent from late 2019 until the seizure of the devices in June 2021. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/David Smith/tmg 313 234-5448 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Steven M. Ely 313 234-5583 | **PROBATION ROUTING** Data Entry |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 2686533 | DATE 03/22/2022 |
|---|---|---|---|---|
| **NAME** GREGERSON, Sebastian | **OFFICER** David Smith | **JUDGE** Terrance G. Berg | | **DOCKET #** 16-CR-20552-01 17-CR-20235-01 |

**THE COURT ORDERS:**

[ X ]   The issuance of a summons

[   ]   Other


/s/Terrence G. Berg
_____
United States District Judge

4/1/2022
_____
Date